**William C. MAXFIELD, Plaintiff—Appellant,**

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant—Appellee.**

**No. 04–2126.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2005.

Decided: Feb. 17, 2005.

Joseph E. Wolfe, Norton, Virginia, for Appellant.

Donna L. Calvert, Regional Chief Counsel, Patricia M. Smith, Deputy Regional Chief Counsel, Allyson Jozwik, Assistant Regional Counsel, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William C. Maxfield appeals the district court's order upholding the decision of the Commissioner of the Social Security Administration to deny Maxfield's application for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Maxfield v. Comm'r,* No. CA–03–85–2 (W.D.Va. July 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*